```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET PARTY INFORMATION FOR CASE A04-0075--CR (JKS)
                              "USA V CHARLES J. MOSLEY JR"
                             DEF 1.1 MOSLEY, CHARLES J. JR.

                Including terminated defendants, excluding terminated counsel


   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed: 05/20/04
            Closed: 09/26/05
No. of Defendants: 1
   MJ Case Number:
               AKA:
   Location status: U.S. Custody
        Trial date: 05/24/05
        Terminated: YES
Needs interpreter: NO
Counsel of record: Michael D. Dieni
                   Federal Public Defender
                   550 W. 7th Avenue, Suite 1600
                   Anchorage, AK 99501
                   907-646-3400
                   FAX 907-646-3480
                   Serve: YES
                    Type: FPD
                    Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: Kevin Feldis
                   U.S. Attorney's Office
                   222 W. 7th Avenue, #9
                   Anchorage, AK 99513-7567
                   907-271-5071
                   Serve: YES
                    Type: Not specified
                    Role: Pretrial/Trial



Counts re: DEF 1.1 MOSLEY, CHARLES J. JR.

Document           Count    Citation and Description                               Disposition

    1 -   1 IND      1      18:922(g)(1) & 924(a)(2) FELON IN POSSESSION OF        Sentenced
                            FIREARMS (F)                                           (116-1)

    1 -   1 IND      2      21:841(a)(1) & (b)(1)(B) POSSESSION OF COCAINE         Sentenced
                            BASE WITH INTENT TO DISTRIBUTE (F)                     (116-1)

    1 -   1 IND      3      18:924(c)(1)(A) POSSESSION OF A FIREARM DURING AND     Sentenced
                            IN RELATION TO AND IN FURTHERANCE OF DRUG              (116-1)
                            TRAFFICKING CRIME (F)

    1 -   1 IND      4      21:853(a)(1) & 2, 21:881(a)(11)(via 28:2461(c))        Sentenced
                            CRIMINAL FORFEITURE (F)                                (116-1)
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CRIMINAL DOCKET PARTY INFORMATION FOR CASE A04-0075--CR (JKS)
                              "USA V CHARLES J. MOSLEY JR"
                            DEF 1.1 MOSLEY, CHARLES J. JR.

               Including terminated defendants, excluding terminated counsel


   1 -   1 IND    5      21:853(a)(1) & 2, 21:881(a)(11)(via 28:2461(c))       Sentenced
                         CRIMINAL FORFEITURE (F)                               (116-1)
```

```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET ENTRIES FOR CASE A04-0075--CR (JKS)
                          "USA V CHARLES J. MOSLEY JR"

                              For all filing dates


   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed: 05/20/04
            Closed: 09/26/05
No. of Defendants: 1


Document #   Filed      Docket text
──────────   ────────   ──────────────────────────────────────────────────────

NOTE -   1   05/20/04   [Re: DEF 1] Issued WOA.

   1 -   1   05/20/04   [Re: DEF 1] PLF 1 Indictment.

   2 -   1   05/21/04   [Re: DEF 1] JDR Grand Jury Minutes; Indt secret; WOA to issue; no bail
                        set (det per 18:3142).

NOTE -   2   08/02/04   [Re: DEF 1] USM Notice of Arrest; defendant arrested 8/1/04 in
                        Gainesville, FL.

   3 -   1   08/05/04   [Re: DEF 1] Return of WOA executed on 8/1/04 in Gainesville, Florida.

   4 -   1   08/12/04   [Re: DEF 1] Documents cert cy of dkt sheet & original file docs:
                        Commitment to Another District Order,Criminal Min-First Appearance,Fin
                        Aff,Order appt CJA panel atty,Waiver of rule 5 & 5.1 Hearings,Criminal
                        Min-Gen., INDT (AK), WOA (AK) transferred from: Northern District of FL
                        at Gainsville w/att docs.

   5 -   1   08/18/04   [Re: DEF 1] Certified Cy of Documents: Order of Detention Pending
                        Removal and dkt sheet transferred from: USDC Northern District of
                        Florida at Gainsville (1:04MJ19-AK) w/att docs.

NOTE -   3   09/03/04   [Re: DEF 1] USM Notice of Availability (in district 9/3/04).

NOTE -   4   09/07/04   Notation: Proposed Trial Date Setting for Arr to USDJ.

   6 -   1   09/09/04   [Re: DEF 1] Financial Affidavit.

   7 -   1   09/09/04   [Re: DEF 1] AHB Order regarding preparation for trial; disc conf 9/9/04;
                        ptms due 9/22/04.  cc: USA, FPD

   8 -   1   09/09/04   [Re: DEF 1] AHB Order of Detention Pending Trial.  cc: USA, FPD, USM, PO

   9 -   1   09/09/04   [Re: DEF 1] AHB Court Minutes [ECR: Denali Elmore] of arr on Indt (held
                        9/8/04); fin aff FILED; def plead not guilty; def detained; order of det
                        pending trial FILED; ptms due 9/22/04; order re: preparation for trial
                        FILED.  cc: USA, FPD, USM, PO, Judge Singleton

  10 -   1   09/10/04   [Re: DEF 1] PLF 1 Discovery conference certificate.

  11 -   1   09/14/04   [Re: DEF 1] JKS Minute Order setting TBJ for 10/25/04 at 9:00 a.m.; FPTC
                        set for 10/6/04 at 1:30 p.m.; trial docs due 10/4/04. cc: USA, FPD, USM,
                        USPO, JC, MJ Branson

  12 -   1   09/22/04   DEF 1 Unopposed motion for one week continuance (to 9/29/04) of deadline
                        for pretrial motions w/att aff.

  13 -   1   09/27/04   [Re: DEF 1] AHB Minute Order denying Unopposed motion for one week
                        continuance of deadline for pretrial mot (12-1).  cc: USA, FPD


ACRS: R_RDSDX             As of 12/01/05 at 2:55 PM by GARRY                     Page 1
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE A04-0075--CR (JKS)
                              "USA V CHARLES J. MOSLEY JR"
```
---
For all filing dates

---

```
Document #    Filed      Docket text
```
---
```
   14 -   1  09/28/04   DEF 1 Unopposed motion on shortened time to cont trial.

   15 -   1  09/28/04   DEF 1 motion to accept late filed motion to suppress w/att proposed late
                        filed motion to suppress.

   16 -   1  09/29/04   DEF 1 motion on shortened time to preserve and to compel production of
                        physical evidence for independent defense laboratory testing.

   17 -   1  09/29/04   [Re: DEF 1] JKS Minute Order hrg re motion to continue trl is set for
                        10/5/04 at 1:15 p.m. in courtroom #2.    cc: AUSA, FPD, USM, USPO

   18 -   1  09/29/04   [Re: DEF 1] PLF 1 motion to strike defendant's motion to suppress in
                        lieu of opposition.

   19 -   1  09/29/04   DEF 1 motion to suppress def's police statements.

   20 -   1  09/30/04   [Re: DEF 1] PLF 1 motion on shortened time to strike mot to preserve &
                        to compel evidence in lieu of opposition.

   21 -   1  09/30/04   [Re: DEF 1] PLF 1 motion on shortened time to strike mot to suppress
                        statements in lieu of oppo.

   22 -   1  10/01/04   [Re: DEF 1] AHB Minute Order holding in abeyance until USDJ rules on mot
                        to cont trial at doc 14 the motion to accept late filed motion to
                        suppress (15-1), motion on shortened time to preserve and to compel
                        production of physical evi (16-1), motion to strike defendant's motion
                        to suppress in lieu of opposition (18-1), motion to suppress def's
                        police statements (19-1), motion on shortened time to strike mot to
                        preserve & to compel evidence in li (20-1), motion on shortened time to
                        strike mot to suppress statements in lieu of oppo (21-1).

   23 -   1  10/06/04   [Re: DEF 1] JKS Court Minutes [ECR: Linda Christensen] on hrg re: unoppo
                        mot to cont trial (dkt 14) (held 10/5/04); granting unopposed motion on
                        shortened time to cont trial (14-); TBJ cont'd to 12/6/04; FPTC to take
                        place on 12/6/04 prior to commencement of trial.  Excl delay found under
                        18 USC 3161(h)(8)(B)(i).  Trial briefs, voir dire & jury instr due
                        11/29/04.  Def detained.  cc: USA, FPD, USM, PO, Jury Clerk, Finance,
                        ECR, MJ Branson

   24 -   1  10/07/04   [Re: DEF 1] AHB Minute Order denying motion to strike defendant's motion
                        to suppress in lieu of opposition (18-1), motion on shortened time to
                        strike mot to preserve & to compel evidence in li (20-1), motion on
                        shortened time to strike mot to suppress statements in lieu of oppo
                        (21-1); granting motion to accept late filed motion to suppress (15-1);
                        oppos to mots due 10/15/04 w/hand/fax delivery; 10/20/04 beginning at
                        9:00 a.m. reserved for any necessary hrg; unless otherwise notified hrg
                        will go forward.  cc: USA, FPD, USM, PO

   25 -   1  10/07/04   DEF 1 motion to suppress all evidence seized from Mr. Mosley's home
                        w/att aff/exhs.

   26 -   1  10/12/04   [Re: DEF 1] PLF 1 Unopposed motion on shortened time to cont evidentiary
                        hrg due to unavailability of witness.

   27 -   1  10/13/04   [Re: DEF 1] AHB Order granting Unopposed motion on shortened time to
                        cont evidentiary hrg due to unav (26-1); 10/20/04 evid hrg VACATED AND
                        RESET to 9:00 a.m., 11/1/04.  cc: USA, FPD, USM, PO
```

Case 3:04-cr-00075-JKS   Document 129   Filed 05/20/2004   Page 5 of 11
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A04-0075--CR (JKS)
"USA V CHARLES J. MOSLEY JR"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 28 - 1 | 10/15/04 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion on shortened time to preserve and to compel production of physical evidence for independent defense laboratory testing. (16-1), DEF 1 motion to suppress def's police statements. (19-1), DEF 1 motion to suppress all evidence seized from Mr. Mosley's home w/att aff/exhs. (25-1), DEF 1 motion for order compelling production of suspect "grinder top" sample for independent testing on shortened time w/att aff. (29-1). |
| 29 - 1 | 10/19/04 | DEF 1 motion for order compelling production of suspect "grinder top" sample for independent testing on shortened time w/att aff. |
| 30 - 1 | 10/19/04 | DEF 1 motion to replace exhibit to motion to suppress w/att exh. |
| 31 - 1 | 10/20/04 | [Re: DEF 1] AHB Minute Order that def's request for shortened time is granted; def to file reply to dkt 28 NLT NOON 10/22/04.  cc: USA, FPD |
| 32 - 1 | 10/20/04 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion for order compelling production of suspect "grinder top" sample for independent testing on shortened time w/att aff. (29-1). |
| 32 - 2 | 10/20/04 | [Re: DEF 1] PLF 1 motion to strike 2nd motion to compel testing. |
| 33 - 1 | 10/22/04 | [Re: DEF 1] AHB Order granting motion to replace exhibit to motion to suppress w/att exh (30-1).  cc: USA, FPD |
| 34 - 1 | 10/22/04 | DEF 1 reply to opposition to DEF 1 motion for order compelling production of suspect "grinder top" sample for independent testing on shortened time (29-1). |
| 35 - 1 | 11/02/04 | [Re: DEF 1] AHB Court Minutes [ECR: Linda Christensen] re: evid hrg (held 11/1/04) re: mot to suppress; taking under advisement motion on shortened time  to compel production of physical evi (16-1), motion to suppress def's police statements (19-1), motion to suppress all evidence seized from Mr. Mosley's home (25-1); granting mot to preserve (16-1); crt ordered exped trans of hrg w/att wit/exh lists.  cc: USA, FPD, Judge Singleton |
| 36 - 1 | 11/05/04 | DEF 1 motion to accept late filed motion to sever counts w/att aff & prop mot to sever. |
| 37 - 1 | 11/05/04 | DEF 1 motion on shortened time for district court review & reversal of Magistrate Order denying defendant basic discovery rights w/att aff. |
| 37 - 2 | 11/05/04 | DEF 1 motion on shortened time to stay report & recommendation pending completion of discovery w/att aff. |
| 38 - 1 | 11/08/04 | [Re: DEF 1] AHB Order granting motion to accept late filed motion to sever counts (36-1); oppo to mot to sever due NLT COB 11/12/04.  cc: USA, FPD |
| 39 - 1 | 11/08/04 | DEF 1 motion to sever Count 1 (felon in possession of firearm) or in the alternative, conduct a bifurcated trial before single jury. |
| 40 - 1 | 11/08/04 | [Re: DEF 1] PLF 1 motion to strike defendant's motion to sever (on shortened time). |
| 41 - 1 | 11/08/04 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion on shortened time for district court review & reversal of Magistrate Order denying defendant |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CRIMINAL DOCKET ENTRIES FOR CASE A04-0075--CR (JKS)
                          "USA V CHARLES J. MOSLEY JR"

                              For all filing dates

Document #   Filed      Docket text
_____   _____      _____
                        basic discovery rights (37-1), DEF 1 motion on shortened time to stay
                        report & recommendation pending completion of discovery (37-2).

  42 -  1   11/09/04    [Re: DEF 1] JKS Order denying motion on shortened time for district
                        court review & reversal of Magistrate (37-1), motion on shortened time
                        to stay report & recommendation pending completion o (37-2).  cc: USA,
                        FPD

  43 -  1   11/09/04    DEF 1 Transcript re: Evidentiary Hearing Re: Motion to Suppress (held
                        11/1/04).

  44 -  1   11/10/04    [Re: DEF 1] AHB Minute Order denying motion to strike defendant's motion
                        to sever (on shortened time) (40-1); govt's oppo to mot to sever due NLT
                        COB 11/12/04.  cc: USA, FPD

  45 -  1   11/10/04    [Re: DEF 1] PLF 1 opposition to DEF 1 motion to sever Count 1 (felon in
                        possession of firearm) or in the alternative, conduct a bifurcated
                        trial before single jury. (39-1).

  46 -  1   11/15/04    DEF 1 reply to opposition to DEF 1 motion to sever Count 1 (felon in
                        possession of firearm) or in the alternative, conduct a bifurcated
                        trial before single jury. (39-1).

  47 -  1   11/22/04    Initial R&R re: DEF 1 motion to suppress def's police statements (19-1);
                        Recommended granted in part & denied in part; Objections due 11/23/04.
                        Reply due 11/24/04. cc: USA, FPD, Judge Singleton

  47 -  2   11/22/04    Initial R&R re: DEF 1 motion to suppress all evidence seized from Mr.
                        Mosley's home (25-1); Recommended granted in part & denied in part;
                        Objections due 11/23/04. Reply due 11/24/04. cc: USA, FPD, Judge
                        Singleton

  48 -  1   11/22/04    Initial R&R re: DEF 1 motion to sever Count 1 (felon in possession of
                        firearm) or in the alternative, conduct a bifurcated trial before
                        single jury (39-1); Recommended be granted; Objections due NOON
                        11/23/04. Reply due NOON 11/24/04. cc: USA, FPD, Judge Singleton

  49 -  1   11/22/04    [Re: DEF 1] AHB Minute Order terminating in light of this order: motion
                        on shortened time to preserve and to compel production of physical evi
                        (16-1), motion for order compelling production of suspect "grinder top"
                        sample for in (29-1), motion to strike 2nd motion to compel testing
                        (32-2). cc: USA, FPD

  50 -  1   11/22/04    DEF 1 motion on shortened time to ext ddln to file object's to R&R re
                        mot to suppress evidence & statements (doc nos. 19 & 25) w/att aff.

  51 -  1   11/23/04    [Re: DEF 1] AHB Order granting mot on shortened time to ext ddln to file
                        object's to R&R re mot to suppress (50-1); objs due 11/24/04; govt
                        response due by noon 11/29/04. cc: USA, FPD

  52 -  1   11/24/04    DEF 1 motion on shortened time to continue trial w/att aff.

  52 -  2   11/24/04    DEF 1 motion on shortened time for pretrial conference w/att aff.

  53 -  1   11/24/04    DEF 1 objection to R&R re: DEF 1 motion to suppress def's police
                        statements. (19-1), DEF 1 motion to suppress all evidence seized from
                        Mr. Mosley's home  (25-1).
```

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CRIMINAL DOCKET ENTRIES FOR CASE A04-0075--CR (JKS)
                    "USA V CHARLES J. MOSLEY JR"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 54 - 1 | 11/29/04 | [Re: DEF 1] JKS Order setting hrg on mot to continue trial for 12/1/04 @ 11:00 a.m.. cc: USA, FPD, USM, USPO |
| 55 - 1 | 11/29/04 | DEF 1 motion for reconsideration of defendant's motion for district court review and reversal of magistrate order denying defendant basic discovery rights dkt 37, filed on shortened time. |
| 56 - 1 | 11/29/04 | DEF 1 Proposed Voir Dire questions. |
| 57 - 1 | 11/29/04 | DEF 1 motion (Request) for jury instructions. |
| 58 - 1 | 11/29/04 | PLF 1 reply to objection to R&R re: DEF 1 motion to suppress def's police statements. (19-1), DEF 1 motion to suppress all evidence seized from Mr. Mosley's home. |
| 59 - 1 | 11/30/04 | Final R&R re: DEF 1 motion to suppress def's police statements. (19-1), DEF 1 motion to suppress all evidence seized from Mr. Mosley's home (25-1). cc: AUSA, FPD, Judge Singleton |
| 60 - 1 | 11/30/04 | Final R&R re: DEF 1 motion to sever Count 1 (felon in possession of firearm) or in the alternative, conduct a bifurcated trial before single jury. (39-1).  cc: AUSA, FPD, USM, USPO |
| 61 - 1 | 12/02/04 | [Re: DEF 1] JKS Court Minutes [ECR: Linda Christensen] re hrg on mot to cont trial (held 12/1/04) granting motion to sever Count 1 (felon in possession of firearm) or in the alternati (39-1), motion on shortened time to continue trial (52-1), motion on shortened time for pretrial conference (52-2), motion for reconsideration of defendant's motion for district court review an (55-1); FPTC & TBJ set for 12/6/04 VACATED; FPTC cont to 2/9/05 at 1:30 pm; TBJ cont to 2/14/05 at 9:00 am; evid hrg set for 1/26/05 at 9:00 am.  cc: USA, FPD, USM, USPO, Jury Clerk, MJ Branson |
| 62 - 1 | 12/03/04 | [Re: DEF 1] JKS Order granting/denying mot to suppress def's police stmts (19-1); granting mot to sever ct 1 (39-1); granting mot for reconsideration (55-1); if mot to suppress renewed crt to consider further Franks hrg to be held 1/26/05 @ 9:00 a.m.. cc: USA, FPD, USM, MJ Branson |
| 63 - 1 | 01/24/05 | DEF 1 Notice of expert for suppressing hrg on shortened time re: DEF 1 motion to suppress all evidence seized from Mr. Mosley's home (25-1). |
| 64 - 1 | 01/25/05 | [Re: DEF 1] PLF 1 Response on shortened time to def's notice of expert testimony w/att exhs. |
| 65 - 1 | 01/27/05 | [Re: DEF 1] JKS Court Minutes [ECR: Caroline Edmiston] re evident hrg on def's mot to suppress (doc #25) hld 1/26/05; def's oral mot to cont hrg granted; FPTC set for 2/9/05 & TBJ set for 2/14/05 are VACATED; cmc to set new FPTC & TBJ date for late April & to set a cont evident hrg on def's mot to suppress; def's det continued; crt found excludable delay under 18:3161(h)(8)(B)(iv). cc: USA, FPD, USM, USPO |
| 66 - 1 | 01/27/05 | [Re: DEF 1] JKS Minute Order re cont evident hrg on def's mot to suppress (25-1) set for 4/5/05 at 9:00 a.m.; FPTC reset for 4/20/05 at 3:30 p.m.; TBJ reset for 4/25/05 at 9:00 a.m. cc: USA, FPD, USM, USPO, MJ Branson, JC |

```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET ENTRIES FOR CASE A04-0075--CR (JKS)
                              "USA V CHARLES J. MOSLEY JR"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 67 - 1 | 02/28/05 | DEF 1 Transcript of Evidentiary Hearing on Defendant's Motion to Suppress all Evidence Seized from Defendant's Home (held 01/26/05). |
| 68 - 1 | 03/04/05 | [Re: DEF 1] PLF 1 Unopposed motion on shortened time to continue hearing set for 4/5/05. |
| 69 - 1 | 03/07/05 | [Re: DEF 1] JMF Order granting unopposed motion on shortened time to continue hearing set for 4/5/05 (68-1); hrg RESET to 4/12/05 at 9:00 a.m. cc: USA, FPD, USM, USPO |
| 70 - 1 | 04/01/05 | DEF 1 motion on shortened time to compel production of discovery w/att aff. |
| 71 - 1 | 04/04/05 | [Re: DEF 1] AHB Order granting req for shortened time re: 4/1/05 mot to compel disc; govt's oppo to mot to compel due 4/7/05 @ 4:30 p.m.. cc: USA, FPD, Judge Singleton |
| 72 - 1 | 04/06/05 | [Re: DEF 1] PLF 1 motion on shortened time for add time to respond to def's mot to compel dscvy. |
| 73 - 1 | 04/06/05 | [Re: DEF 1] JKS Order granting motion on shortened time for add time to respond to def's mot to compel dscvy (72-1); govt's response due 4/15; evident hrg prev set for 4/12/05 is RESET for 4/19/05 at 9:00 a.m. cc: USA, FPD, USM, USPO |
| 74 - 1 | 04/14/05 | [Re: DEF 1] PLF 1 Response to DEF 1 motion on shortened time to compel production of discovery (70-1). |
| 75 - 1 | 04/19/05 | [Re: DEF 1] JKS Court Minutes [ECR: April Karper/Elisa Singleton] re Evid Hrg on Def's Mot to Suppress All Evidence Taken from Def's Home (held 4/19/05): taking under advisement motion to suppress all evidence seized from Mr. Mosley's home (25-1); Status Hrg set for 4/20/05 at 10:00 am; admitted exhibits forwarded to chambers; w/list of exhibits and witnesses attached. cc: USA, FPD, USM |
| 76 - 1 | 04/20/05 | [Re: DEF 1] JKS Court Minutes [ECR: April Karper/Elisa Singleton] re Status Hearing (held 4/20/05); denying motion to suppress all evidence seized from Mr. Mosley's home (25-1); tbj set for 4/25/05 vacated and reset to 5/24/05; fptc set for 4/20/05 at 3:30 vacated and reset to 5/23/05 at 9:00; exhibits previously admitted before MJ Branson on 11/1/04 and Judge Singleton on 1/26/05 and 4/19/05 returned to counsel. cc: USA, FPD, USM, USPO, Jury Clerk, Judge Branson |
| 77 - 1 | 04/20/05 | [Re: DEF 1] JKS Order of excludable delay under 18 USC section 3161(h)(1)(F). |
| 78 - 1 | 04/21/05 | [Re: DEF 1] JKS Minute Order denied as moot motion on shortened time to compel production of discovery (70-1). cc: cnsl |
| 79 - 1 | 05/17/05 | DEF 1 Notice of intent to use the crt's disgital evidence presentation system. |
| 80 - 1 | 05/17/05 | DEF 1 Trial Brief w/att exh. |
| 81 - 1 | 05/17/05 | DEF 1 Proposed Jury Instructions w/att exhs. |

```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE A04-0075--CR (JKS)
                             "USA V CHARLES J. MOSLEY JR"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 82 - 1 | 05/17/05 | DEF 1 Proposed Voir Dire. |
| 83 - 1 | 05/17/05 | [Re: DEF 1] PLF 1 Notice of intent to use the crt's disgital evidence presentation system. |
| 84 - 1 | 05/17/05 | [Re: DEF 1] PLF 1 Proposed Jury Instructions. |
| 85 - 1 | 05/17/05 | [Re: DEF 1] PLF 1 Proposed Jury Instructions re: forfeiture. |
| 86 - 1 | 05/17/05 | [Re: DEF 1] PLF 1 Proposed Voir Dire. |
| 87 - 1 | 05/17/05 | [Re: DEF 1] PLF 1 Trial Brief . |
| 88 - 1 | 05/19/05 | DEF 1 motion in limine on shortened time w/att exhs. |
| 89 - 1 | 05/19/05 | PLF 1; DEF 1 Trial Stipulation. |
| 90 - 1 | 05/19/05 | PLF 1; DEF 1 Trial Stipulation #2. |
| 91 - 1 | 05/19/05 | [Re: DEF 1] PLF 1 Errata to jury instructions. |
| 92 - 1 | 05/19/05 | [Re: DEF 1] PLF 1 memo of law re admission of evidence at trial w/att exh. |
| 93 - 1 | 05/20/05 | [Re: DEF 1] JKS Minute Order re parties to be prepared to discuss the att proposed trial docs at the FPTC set for 9:00 5/23/05 w/att proposed trial docs. cc: USA, FPD |
| 94 - 1 | 05/20/05 | DEF 1 response to govt's memo of law re admission of evidence on shortened time. |
| 95 - 1 | 05/23/05 | [Re: DEF 1] JKS Court Minutes [ECR: Caroline Edmiston] re FPTC (held 05/23/05); TBJ set 05/24/05 at 9:00 a.m. cc: USA, FPD, USM, USPO, JC. |
| 96 - 1 | 05/23/05 | DEF 1 Second Request for Jury Instructions on shortend time. |
| 97 - 1 | 05/25/05 | [Re: DEF 1] JKS Court Minutes [ECR: Linda Christensen] re TBJ-Day 1 (held 5/24/05); jury selection to resume at 9:00 am 5/25/05. |
| 98 - 1 | 05/26/05 | [Re: DEF 1] JKS Court Minutes [ECR: Linda Christensen/Robin Carter] Re: TBJ Day 2 (held 5/25/05); reconvene 5/26/05 at 9:00 a.m. |
| 98A- 1 | 05/27/05 | [Re: DEF 1] JKS Court Minutes [ECR: Caroline Edmiston/Linda Christensen] re TBJ-Day 3 (held 5/26/05); def oral Rule 29 mot for acquittal denied; jurors instructed; deliberations to begin at 9:00 am 5/27/05. |
| 99 - 1 | 05/27/05 | [Re: DEF 1] JKS Court Minutes [ECR: Elisa Singleton] re Trial by Jury day 4 (held 5/27/05); guilty to cts 2 & 3 of Indt as stated in cts 1 & 2 of jury verdict forms; def changed plea to counts 1, 4, and 5 of Indictment; IOS set  8/1/05 at 3:00 pm; w/attached List of Witnesses and List of Exhibits.  cc: USA, FPD, USM, USPO, MJ Branson |
| 100 - 1 | 05/31/05 | [Re: DEF 1] Jury Instructions. |
| 101 - 1 | 05/31/05 | [Re: DEF 1] Verdict GUILTY on 21:841(a)(1) and 841(b)(1)(B). |

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET ENTRIES FOR CASE A04-0075--CR (JKS)
                         "USA V CHARLES J. MOSLEY JR"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 102 - 1 | 05/31/05 | [Re: DEF 1] Verdict GUILTY on 18:924(c)(1)(A). |
| 103 - 1 | 05/31/05 | [Re: DEF 1] (limited) Jury Instructions. |
| 104 - 1 | 06/08/05 | [Re: DEF 1] JDR Minute Order in light of retirement of MJ Branson & at the direction of the Chief Judge, the MJ referral is reassigned to MJ Roberts. cc: USA, FPD, Judge Singleton |
| 105 - 1 | 06/29/05 | [Re: DEF 1] PLF 1 motion (request) for preliminary order of forfeiture. |
| 106 - 1 | 07/12/05 | DEF 1 Unopposed motion to continue sentencing w/att aff. |
| 107 - 1 | 07/15/05 | [Re: DEF 1] JWS Order granting unopposed motion to continue sentencing (106-1); sent set for 8/1 is VACATED & RESET for 9/12/05 at 3:00 p.m. cc: USA, FPD, USM, USPO |
| 108 - 1 | 07/25/05 | [Re: DEF 1] JKS Preliminary Order of Forfeiture. cc: USA, FPD, USM, USPO |
| 109 - 1 | 08/05/05 | DEF 1 motion to permit late-filing of sentencing memo or, in the alternative, unopposed motion to reschedule hearing w/att aff. |
| 110 - 1 | 08/16/05 | [Re: DEF 1] JKS Order granting motion to permit late-filing of sentencing memo (109-1); sent memo due 9/8/05; IOS RESET for 9/19/05 at 10:00 a.m. cc: USA, FPD, USM, USPO |
| 111 - 1 | 09/12/05 | [Re: DEF 1] PLF 1 Sentencing Memorandum w/att exh. |
| 112 - 1 | 09/12/05 | DEF 1 Sentencing Memorandum w/att exhs. |
| 113 - 1 | 09/19/05 | [Re: DEF 1] JKS Court Minutes [ECR: April Karper] re IOS (held 9/19/05); sent imposed as stated in the judg. |
| 114 - 1 | 09/20/05 | [Re: DEF 1] JKS Minute Order re cont IOS set for 9/21/05 at 1:30 p.m. cc: USA, FPD, USM, USPO |
| 115 - 1 | 09/22/05 | [Re: DEF 1] JKS Court Minutes [ECR: April Karper] re Cont IOS (held 9/21/05); crt and cnsl heard re clarifications to the conditions of SR. |
| 116 - 1 | 09/26/05 | [Re: DEF 1] JKS Judgment pleaded guilty to count(s) 1,4,5 of the Indictment (1-1); found guilty on count(s) 2,3 of the Indictment (1-1). Imprisonment for a term of 130 months w/recommendations to the BOP. This term consists of 70 months on each of cts 1&2 to be served concurrently, and a term of 60 months on ct 3, to be served consecutive to cts 1 & 2.  Def is remanded to the custody of the USM.  SR 5 years w/standard and special conditions.  SA $300.00.  cc: AUSA, FPD, USM, USPO, MJ ROBERTS, FLU, FINANCE, DEF W/CNSL CY |
| NOTE - 5 | 09/28/05 | Transmittal: Forwarded notice of appeal (117-1) to 9CCA. |
| 117 - 1 | 09/28/05 | DEF 1 appeal to 9CCA of (116-1) filed 09/26/05. cc:USA, FPD, USM, PO, Judge Singleton, 9CCA |
| 118 - 1 | 09/28/05 | [Re: DEF 1] Cy 9CCA Time Schedule Order. (117-1) cc:USA, FPD, USM, PO, ECR, Judge Singleton, 9CCA (original) |
| 119 - 1 | 10/18/05 | DEF 1 Transcript Designation/Order Form re: notice of appeal (117-1)w/order. cc:ecr |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CRIMINAL DOCKET ENTRIES FOR CASE A04-0075--CR (JKS)
                            "USA V CHARLES J. MOSLEY JR"

                              For all filing dates

Document #    Filed      Docket text
----------    -----      -----------

  120 -    1  11/01/05   [Re: DEF 1] Partial Transcript re: IOS held 9/19/05.

  121 -    1  11/01/05   [Re: DEF 1] Transcript re: Cont IOS held 9/21/05.

  122 -    1  11/29/05   [Re: DEF 1] Transcript Re: hrg on mot to cont trial (held 12/1/04).

  123 -    1  11/29/05   [Re: DEF 1] Transcript Re: Cont evid hrg on def's mot to suppress all
                         evidence seized from def's home (held 04/19/05).

  124 -    1  11/29/05   [Re: DEF 1] Transcript Re: status hrg (held 04/20/05).

  125 -    1  11/29/05   [Re: DEF 1] Transcript Re: FPTC (held 05/23/05).

  126 -    1  11/29/05   [Re: DEF 1] Transcript Re: TBJ Day 4 (held 05/27/05).

  127 -    1  11/29/05   [Re: DEF 1] Transcript Re: TBJ Day 2 (held 05/25/05).

  128 -    1  11/29/05   [Re: DEF 1] Transcript Re: TBJ Day 1 (held 05/24/05).

  129 -    1  11/29/05   [Re: DEF 1] Transcript Re: TBJ Day 3 (held 05/26/05).
```