UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
RECORD TRANSMITTAL FORM

Date:  June 8, 2006

To: Judge .........................                    ATTN: ( ) CIVIL
    U.S. Court of Appeals
    1200 Sixth Ave, 21st Floor                ( ) CRIMINAL
    Seattle, WA 98101
                                                 (XX) JUDGE

From:  Dan Maus
       U.S. District Court
       222 W. 7th Ave., #4
       Anchorage, AK 99513

DC No:  3:04-cr-00075-JKS          Appeal No:  05-30488

Short title:  USA vs. CHARLES J. MOSLEY

Composition of Record

Clerk's Files in  5   volumes       (X) original    ( ) certified copy

    Bulky docs. _____ volumes, docket # _____
                            (folders)

Reporter's   in   2   volumes       (X) original    ( ) certified copy
Transcripts

Exhibits:   in _____ envelopes   ( ) under seal

        in _____ boxes       ( ) under seal

Other:  **NOTE: Certified copy of ACMS and ECF dockets enclosed**

Acknowledgement: _____       Date: _____
"record.app" [11/21/97]

UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
RECORD TRANSMITTAL FORM

Date: June 8, 2006

To: Judge .........................         ATTN: ( ) CIVIL
    U.S. Court of Appeals
    1200 Sixth Ave, 21st Floor        ( ) CRIMINAL
    Seattle, WA 98101
                                          (XX) JUDGE

From: Dan Maus
       U.S. District Court
       222 W. 7th Ave., #4
       Anchorage, AK 99513

DC No: 3:04-cr-00075-JKS          Appeal No: 05-30488

Short title: USA vs. CHARLES J. MOSLEY

Composition of Record

Clerk's Files in 5 volumes          (X) original    ( ) certified copy

    Bulky docs. ___ volumes, docket # ___
                            (folders)

Reporter's in 2 volumes             (X) original    ( ) certified copy
Transcripts

Exhibits:    in ___ envelopes    ( ) under seal

           in ___ boxes        ( ) under seal

Other: **NOTE: Certified copy of ACMS and ECF dockets enclosed**

Acknowledgement: _____    Date: _____
"record.app" [11/21/97]

UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
RECORD TRANSMITTAL FORM

Date: June 8, 2006

To: Judge ..........................          ATTN: ( ) CIVIL
    U.S. Court of Appeals
    1200 Sixth Ave, 21st Floor         ( ) CRIMINAL
    Seattle, WA 98101
                                    (XX) JUDGE

From:  Dan Maus
         U.S. District Court
         222 W. 7th Ave., #4
         Anchorage, AK 99513

DC No: 3:04-cr-00075-JKS          Appeal No: 05-30488

Short title: USA vs. CHARLES J. MOSLEY

Composition of Record

Clerk's Files in 5 volumes     (X) original     ( ) certified copy

    Bulky docs. ___ volumes, docket # ___
                            (folders)

Reporter's in 2 volumes     (X) original     ( ) certified copy
Transcripts

Exhibits:   in ___ envelopes     ( ) under seal

          in ___ boxes          ( ) under seal

Other: **NOTE: Certified copy of ACMS and ECF dockets enclosed**

Acknowledgement: _____          Date: _____
"record.app" [11/21/97]