UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>CHARLES J. MOSLEY JR.,<br><br>    Defendant. | Case No. 3:04-cr-00075-JKS<br><br>**PROPOSED ORDER** |

  On consideration of the defendant's motion for appointment of counsel;

  IT IS HEREBY ORDERED that the Federal Defender for the District of Alaska be appointed to represent the defendant in connection with his motion to reduce his sentence.

  DATED this ____ day of May 2008, in Anchorage, Alaska.

_____
JAMES K. SINGLETON
U.S. DISTRICT JUDGE