Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CHARLES J. MOSLEY JR.,<br><br>　　　　　Defendant. | Case No. 3:04-cr-00075-JKS<br><br>**AFFIDAVIT OF COUNSEL** |
| STATE OF ALASKA<br><br>THIRD JUDICIAL DISTRICT | ss: |

　　　　Michael Dieni, being first duly sworn upon oath, deposes and states:

　　　　1.　　I was Charles Mosley's attorney in the above-styled matter.

　　　　2.　　This court originally appointed this office to represent Mr. Mosley in connection with his prosecution in the above-styled matter.

　　　　3.　　Mr. Mosley resides in custody at Williamsburg FCI, and his incarceration results from the judgment in this matter.  His release date is April 7, 2014.

4.  Mr. Mosley has asked that a motion to reduce his sentence be filed. The change in the sentencing guidelines make Mr. Mosley eligible for a motion to reduce his sentence by up to ten months.

5.  On information and belief, Mr. Mosley's financial circumstances have not materially changed since this court's original order appointing counsel in this matter.

6.  A Financial Affidavit (CJA 23) is being filed concurrently with this motion. It was prepared by Mr. Mosley.

7.  Accordingly, on behalf of Mr. Mosley, and at his request, I ask that the Federal Defender be reappointed to represent him in connection with the motion to reduce sentence.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

/s/Michael D. Dieni
Assistant Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:   907-646-3400
Fax:     907-646-3480
E-Mail:  mike_dieni@fd.org

SUBSCRIBED and SWORN to before me this 21st day of May 2008.

Notary Public in and for Alaska
My Commission Expires: 12/20/2008


<u>Certification</u>:
I certify that on May 21, 2008,
a copy of the ***Affidavit of Counsel***
was served electronically on:

Bryan D. Schroder
Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: bryan.schroder@usdoj.gov

<u>/s/Mike Dieni            </u>