# Certificate of Achievement

Charles Mosley

FCI Williamsburg Drug Abuse Education Program

On this date, October 12, 2006

Dr. Ramsey, DAP Coordinator

J. Schinaman, DTS

Exhibit A