

# Certificate of Completion

Charles Mosley

*Is presented this Certificate of Completion for:*

## ACE Business Management

Federal Correctional Institution
### WILLIAMSBURG
Education Department

## Adult Continuing Education

_____  October 2, 2006
Mr. Woolston, ACE Coordinator

Exhibit B