# Certificate of Completion

*Awarded to*

## Charles Mosley
20295-017

*For Consistent Attendance and Excellent Participation in "Stress Management" Group*

Federal Correctional Institution
Williamsburg, South Carolina

February 5, 2007
Date

K. Brantley, Psy.D.
Staff Psychologist

Exhibit C