

Certificate of Completion

is presented this certificate of completion for:

Investing

Adult Continuing Education Program

Federal Correctional Institution
Williamsburg
Education Department

April 1, 2008

K. Taylor, Education Specialist

Exhibit D