UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>CHARLES J. MOSLEY JR.,<br><br>   Defendant. | Case No. 3:04-cr-00075-JKS<br><br>PROPOSED<br>ORDER REDUCING SENTENCE |

   After due consideration of defendant's Defendant's Motion and Memorandum in Support of Sentence Reduction, the court GRANTS the motion. For reasons stated in the Motion, Mr. Mosley's sentence of imprisonment is reduced by ten months, from 130 months to 120 months.

   DATED _____, 2008, in Anchorage, Alaska.

                     _____
                      James K. Singleton, Jr.
                     United States District Court Judge